M. P. No. 76-93. BARRINGTON SCHOOL COMMITTEE *v.* RHODE ISLAND STATE LABOR RELATIONS BOARD AND BARRINGTON TEACHERS ASSOCIATION. Petition for writ of certiorari is granted, and the writ shall issue forthwith. While the parties are free to discuss such issues as they believe pertinent, they are directed to brief the following issue: Is the Rhode Island State Labor Relations Board a proper party to these proceedings? See *Hassell* v. *Zoning Bd. of E. Providence*, 108 R. I. 349, 275 A.2d 646

(1971). *Tillinghast, Collins & Graham, James A. Jackson,* for plaintiff-respondent. *Natale L. Urso,* for Barrington Teachers Association. *Vincent Kane,* for Rhode Island State Labor Relations Board, defendants-petitioners.